UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  CRIMINAL NO. 1:11-MJ-039
                          :
                          :  (Magistrate Judge Smyser)
v.                        :
                          :
                          :
ALEXANDER OJIRI           :

ORDER

IT IS ORDERED that a hearing will be held upon the defendant's motion for reconsideration of the Order of pretrial detention on **Tuesday, May 17, 2011 at 10:00 a.m.** in Courtroom No. 5, Eleventh Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

/s/ J. Andrew Smyser
J. Andrew Smyser
Magistrate Judge

Dated: May 12, 2011