Sealed cc: Ct; ausa Lawatt; Ogt Onel Welson; Ogt (via email); USP; USM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  Criminal No. 1:11-CR-0192
:
v.  :
:  (Judge Conner)
ALEXANDER OJIRI,  :
Defendant  :

FILED
HARRISBURG, PA
JUN 1 3 2011
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**PLEA**

AND NOW, this 13 day of June, 2011, the within named defendant, ALEXANDER OJIRI, hereby enters a plea of  Guilty  to the within Information.

_____
ALEXANDER OJIRI, Defendant

_____
Witnessed by Counsel for Defendant